# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:09CV184-RJC-DSC

| | |
|---|---|
| UMLIC CONSOLIDATED, INC., et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| SPECTRUM FINANCIAL SERVICES CORP., ) | |
| CANADA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the "Motion for Admission to Practice Pro Hac Vice [for Kevin K. Bell]" (document #4) filed May 15, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 15, 2009

David S. Cayer
United States Magistrate Judge