# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09CV184-RJC-DSC

| | |
|---|---|
| UMLIC CONSOLIDATED, INC. and UNITED MORTGAGE & LOAN INVESTMENT, LLC f/k/a UNITED MORTGAGE & LOAN INVESTMENT CORP., <br><br> Plaintiffs, <br> v. <br><br> SPECTRUM FINANCIAL SERVICES CORPORATION f/k/a SOUTHEASTERN PENSION MANAGEMENT, INC., <br><br> Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Consent Motion to Stay Initial Attorney Conference" (document #11) filed June 8, 2009. The Plaintiffs "request that the deadline for the Initial Attorney Conference be stayed until ten (10) days after the entry of an order on Plaintiffs' Motion to Remand." Counsel for Defendant agrees that "the Initial Attorney Conference should be stayed until jurisdictional questions have been resolved."

For the reasons stated therein, the Plaintiffs' Motion to Stay Initial Attorney Conference is **GRANTED**, that is, the parties shall have **ten (10) days** from the date of entry of an order on Plaintiffs' now pending Motion to Remand to conduct the Initial Attorney Conference. The Clerk is directed to forward a copy of this Order to Chief Judge Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: June 8, 2009

David S. Cayer
United States Magistrate Judge